Filed in Sarpy County Court
*** EFILED ***
Case Number: C59CI200000111
Transaction ID: 0010015840
Filing Date: 01/09/2020 05:39:31 AM CST

IN THE COUNTY COURT OF SARPY COUNTY, NEBRASKA

| | |
|---|---|
| Crown Asset Management, LLC assignee of First National Bank of Omaha (First National Bank) <br>     PLAINTIFF, <br> vs. <br><br> AMANDA L HYLAND <br>     DEFENDANT(S). | Case No. <br><br> COMPLAINT <br><br><br> Our File No. 3895042 |

COMES NOW the Plaintiff, and for its cause of action against the Defendant(s), hereby alleges and states as follows:

1. Plaintiff is a legal entity and purchaser of the account forming the basis of this suit.

2. Defendant or Defendants, whether one or more hereinafter "Defendant" is, and at all pertinent times was, a resident of SARPY County, Nebraska.

3. First National Bank of Omaha (First National Bank) issued a credit account to Defendant, identified with account number ************3348.

4. Defendant used the credit account, but defaulted by failing to make payments.

5. For good and valuable consideration, the Plaintiff purchased the account and acquired all the rights of First National Bank of Omaha (First National Bank).

6. There is now due and owing from the Defendant to the Plaintiff the amount of $2,241.76.

7. Defendant is not a member of the Armed Forces of the United States.

**WHEREFORE**, Plaintiff prays for judgment against the Defendant, and each of them if more than one, in the amount of $2,241.76, plus the costs of this action, post-judgment costs and interest, and for any such other and further relief as the Court deems just.

Date: <u>January 3, 2020</u>

RAUSCH STURM
ATTORNEYS IN THE PRACTICE OF DEBT COLLECTION

By: *(signature)*
Roderick Joel Kersch, Jr., #25511
7300 147th Street West, Suite 307
Apple Valley, MN 55124
(877) 215-2552 TTY: 711 *Attorney Direct Phone No.(877) 334-1598*
**ATTORNEY FOR PLAINTIFF**

3895042


EXHIBIT A

Filed in Sarpy County Court
*** EFILED ***
Case Number: C59CI200000111
Transaction ID: 0010805684
Filing Date: 05/11/2020 10:59:22 AM CDT

# IN THE COUNTY COURT OF SARPY COUNTY, NEBRASKA

| | |
|---|---|
| Crown Asset Management, LLC,<br>Assignee of First National Bank of<br>Omaha (First National Bank),<br><br>    Plaintiff,<br>vs.<br><br>Amanda L. Hyland,<br><br>    Defendant. | Case No.: CI 20-111<br><br>**Defendant's Motion**<br>**To Dismiss or in the**<br>**Alternative**<br>**Motion for Judgment on**<br>**the Pleadings** |

COMES NOW the Defendant with her Motion to Dismiss Plaintiff's Complaint. In support of this Motion, Defendant states:

1. Defendant denies the allegations that she owes a debt to Plaintiff and/or First National Bank, and Plaintiff's relationship to the original creditor is unclear. In the caption, Plaintiff it is designated as "assignee" and in another, the Complaint alleges Plaintiff is owner, with no proof of ownership of this account. Therefore, Plaintiff has not established it has standing to pursue this lawsuit against Defendant.

2. Plaintiff alleges an "account" but fails to establish whether it is a contract or account which was allegedly assigned or purchased, whether any alleged contract was oral or written, the terms of the contract nor attached a copy of said contract, which is alleged to be in "default."


EXHIBIT B

3. Plaintiff alleges that Defendant failed to make payments but does not provide any information as to when the last payment if any was made, or what payments defendant failed to make, or the terms of said "account."

4. Defendant cannot tell if Plaintiff is suing on a "contract" or an "account stated" or the terms thereof.

5. Defendant will present a brief to the Court prior to the hearing date.

WHEREFORE, Defendant respectfully requests that the Court grant the defendant's Motion for Judgment on the pleadings, or to dismiss the Complaint against Defendant at Plaintiff's cost.

Dated this 11 day of May, 2020.

Respectfully Submitted by:

By:/s/ Pamela A. Car
Pamela A. Car, #18770
Car & Reinbrecht, P.C., LLO
2120 South 72nd Street, Suite 1125
Omaha, NE 68124
402 391-8484
E-mail: pacar@cox.net
COUNSEL FOR DEFENDANT

### NOTICE OF HEARING

NOTICE is given that the hearing on Defendant's Motion to Dismiss will be held in the County Court of Sarpy County, Civil Division, 1210 Golden Gate Drive, Papillion, NE 68046, before the Hon. Judge Freeman, in Courtroom 2, on June 30, 2020 at 10:30 a.m. or as soon thereafter as this matter can be heard.

/s/Pamela A. Car

## Certificate of Service

The undersigned hereby certifies that a true and correct copy of the foregoing was served by electronic mail on the following attorneys representing the PLAINTIFF in this action on the 11 day of May, 2020:

Roderick Joel Kersch, Jr.
Rausch Sturm
7300 147th Street West, Suite 307
Apple Valley, MN 55124

/s/ Pamela A. Car
Pamela A. Car, #18770

## Certificate of Service

I hereby certify that on Monday, May 11, 2020 I provided a true and correct copy of the Motion-Dismissal to the following:

Hyland,Amanda,L service method: First Class Mail

Crown Asset Management, LLC represented by Roderick J. Kersch (Bar Number: 25511) service method: Electronic Service to lawfirmne@rsieh.com

Signature: /s/ Reinbrecht,William,L (Bar Number: 20138)

Filed in Sarpy County Court
*** EFILED ***
Case Number: C59CI200000111
Transaction ID: 0011149906
Filing Date: 06/30/2020 05:27:24 AM CDT

IN THE COUNTY COURT OF SARPY COUNTY, NEBRASKA

| | |
|---|---|
| Crown Asset Management, LLC assignee of First National Bank of Omaha (First National Bank)     )<br>    )<br>PLAINTIFF,     )<br>vs.     )<br>    )<br>AMANDA L HYLAND     )<br>DEFENDANT(S).     ) | Case No.  CI 20 0000111<br><br>**MOTION AND ORDER<br>FOR DISMISSAL**<br><br>Our File No. 3895042 |

**COMES NOW** the plaintiff, by and through the undersigned attorney, and moves the Court for an order dismissing the above-captioned matter, **in regards to AMANDA L HYLAND** without prejudice.

Date: June 29, 2020

RAUSCH STURM
ATTORNEYS IN THE PRACTICE OF DEBT COLLECTION

By:  /s/ Adrienne E. Sula

Adrienne E. Sula, #26756
7300 147th Street West, Suite 307
Apple Valley, MN 55124
(877) 215-2552 TTY: 711 *Attorney Direct Phone No.(877) 334-1598*
**ATTORNEY FOR PLAINTIFF**



EXHIBIT C

IN THE COUNTY COURT OF SARPY COUNTY, NEBRASKA

| | |
|---|---|
| Crown Asset Management, LLC assignee of First National Bank of Omaha (First National Bank)<br><br>PLAINTIFF,<br>vs.<br><br>AMANDA L HYLAND<br>        DEFENDANT(S). | )<br>)<br>) Case No. CI 20 0000111<br>)<br>) **MOTION AND ORDER**<br>) **FOR DISMISSAL**<br>)<br>) Our File No. 3895042 |

## ORDER

**THE COURT,** being duly advised in the premises, hereby finds that this case should be and hereby is dismissed without prejudice, **in regards to AMANDA L HYLAND**.

Dated this _____ day of _____, 20\_\_\_.

BY THE COURT:

_____
County Judge

AMANDA L HYLAND
11913 S. 34TH ST.
BELLEVUE NE 68123

## Certificate of Service

I hereby certify that on Tuesday, June 30, 2020 I provided a true and correct copy of the Motion-Dismissal to the following:

Crown Asset Management, LLC represented by Roderick J. Kersch (Bar Number: 25511) service method: Electronic Service to lawfirmne@rsieh.com

Hyland,Amanda,L represented by Car,Pamela,A (Bar Number: 18770) service method: Electronic Service to pacar@cox.net

Signature: /s/ Adrienne E Sula (Bar Number: 26756)

Image ID: D01008571C59

# ORDER TO DISMISS

IN THE COUNTY COURT OF SARPY COUNTY, NEBRASKA

CROWN ASSET MANAGEMENT, LLC V. AMANDA L HYLAND

Case ID: CI 20 111

This matter comes before the Court upon Motion to Dismiss. The Court finds that such order should be issued.

The above captioned matter is hereby dismissed without prejudice.

Plaintiff to bear costs.

IT IS SO ORDERED.

Date: June 30, 2020        BY THE COURT: _____
                                          Hon. PaTricia A Freeman

## CERTIFICATE OF SERVICE

I the undersigned, certify that on   June 30, 2020   I served a notice of dismissal upon the following persons at the addresses given, by mailing by United States Mail, postage prepaid, or E-mail:

Roderick J Kersch Jr          Pamela A Car
lawfirmne@rsieh.com           pacar@cox.net

Date: June 30, 2020    Signature: _____

COURT COPY

**EXHIBIT D**

**FILED BY**
Clerk of the Sarpy County Court
06/30/2020

Filed in Sarpy County Court
*** EFILED ***
Case Number: C59CI200003105
Transaction ID: 0011567192
Filing Date: 08/27/2020 10:27:47 AM CDT

IN THE COUNTY COURT OF SARPY COUNTY, NEBRASKA

| | |
|---|---|
| Crown Asset Management, LLC assignee of First National Bank of Omaha (First National Bank)     PLAINTIFF, <br> vs. <br><br> AMANDA L HYLAND     DEFENDANT(S). | ) <br> )    Case No. <br> ) <br> )    COMPLAINT <br> ) <br> ) <br> )    Our File No. 3895042 |

COMES NOW the Plaintiff, and for its cause of action against the Defendant(s), hereby alleges and states as follows:

1. Plaintiff is a legal entity and purchaser of the account forming the basis of this suit.

2. Defendant or Defendants, whether one or more hereinafter "Defendant" is, and at all pertinent times was, a resident of SARPY County, Nebraska.

3. First National Bank of Omaha (First National Bank) issued a credit account to Defendant, identified with account number *************3348.

4. Defendant used the credit account, but defaulted by failing to make payments.

5. For good and valuable consideration, the Plaintiff purchased the account and acquired all the rights of First National Bank of Omaha (First National Bank).

6. There is now due and owing from the Defendant to the Plaintiff the amount of $2,241.76.

7. Defendant is not a member of the Armed Forces of the United States.

**WHEREFORE**, Plaintiff prays for judgment against the Defendant, and each of them if more than one, in the amount of $2,241.76, plus the costs of this action, post-judgment costs and interest, and for any such other and further relief as the Court deems just.

Date: July 14, 2020

                         RAUSCH STURM
                         ATTORNEYS IN THE PRACTICE OF DEBT COLLECTION

          By: *[signature]*



                         Adrienne E. Sula, #26756
                         Melanie A. Liebsack, #26424
                         7300 147th Street West, Suite 307
                         Apple Valley, MN 55124
                         (877) 215-2552 TTY: 711 *Attorney Direct Phone No.(877) 334-1598*
                         **ATTORNEY FOR PLAINTIFF**