AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Nebraska

| | |
|---|---|
| AMANDA HYLAND </br></br> *Plaintiff(s)* </br> v. </br></br> CROWN ASSET MANAGMENT ET. AL. </br></br> *Defendant(s)* | ) ) ) ) ) ) ) )   Civil Action No. 8:20-CV--380 </br> ) ) ) ) ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  CROWN ASSET MANAGEMENT LLC
C/O CT CORPORATION SYSTEM
5601 SOUTH 59TH ST. SUITE C
LINCOLN, NE 68516

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   PAMELA A. CAR #18770
CAR & REINBRECHT PC LLO
2120 South 72nd St #1125
Omsha, NE 68124

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Date: 9/23/2020

Signature of Clerk or Deputy Clerk

## LANCASTER COUNTY SHERIFF'S OFFICE
Lincoln, Nebraska 68508
### Process Service Return

| | | |
|---|---|---|
| STATE OF NEBRASKA | SHERIFF #: | 20009366 |
| COURT, NE | ISSUING COURT: | UNITED STATES DISTRICT COURT |
| | COURT CASE #: | 8:20-CV-380 |
| COUNTY OF LANCASTER | COURT DOC #: | 99999 |

AMANDA HYLAND
vs
CROWN ASSET MANAGEMENT ET AL

Received Date:   9/25/2020

ACTION TYPE AND PAPER TYPE:
   SUMMONS, CMP

SERVICE ON:   CROWN ASSET MANAGEMENT LLC

RETURNED:   SERVED

SERVICE TYPE:   PERSONAL ON BUSINESS

SERVEE/RELATIONSHIP:   TIFFANY WALVOORD / R. A.

DATE/TIME:   SEPTEMBER 28, 2020 10:33 AM

SERVICE ADDRESS:   5601 SOUTH 59TH STREET LINCOLN, NE

SERVICE RECORD:

PAID BY:   CAR & REINBRECHT PC #090

Fees:
| | |
|---|---|
| Mileage | $1.82 |
| Maintenance | $2.50 |
| Service & Return | $18.00 |
| Service & Return | $18.00 |
| Total | $40.32 |

I hereby certify that at the time and in the manner herein stated, I served within writ, together with copies shown, on the herein named party(s) a true and certified copy thereof with all endorsements there on, or returned said writ served in the prescribed manner.

   All done in Lancaster County, Nebraska, as required by law.

Terry T. Wagner, Sheriff

By Dennis Guthard