IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AMANDA HYLAND, § § Plaintiff § § vs. § § CROWN ASSET MANAGEMENT § LLC and RAUSCH, STURM, § ISRAEL, ENERSON & HORNIK, § LLP d/b/a RAUSCH STURM, § § Defendants § | Case No. 8:20-cv-00380-SMB |

## NOTICE OF APPEARANCE OF COUNSEL

To:   The Clerk of the Court

Please enter the appearance of the undersigned Manuel H. Newburger as counsel of record for Defendants Crown Asset Management, LLC and Rausch, Sturm, Israel, Enerson & Hornik, LLP.

         Respectfully submitted,

/s/    **Manuel H. Newburger**
Manuel H. Newburger
Texas Bar No. 14946500
BARRON & NEWBURGER, P.C.
7320 N. MoPac Expy., Suite 400
Austin, Texas 78731
(512) 649-4022 [Telephone]
(512) 279-0310 [Facsimile]
mnewburger@bn-lawyers.com

**Attorney for Defendants**

1

## **CERTIFICATE OF SERVICE**

This is to certify that on the 17th day of October, 2020, a true copy of the above and foregoing *Notice of Appearance* was served on the persons on the Service List below through the Court's ECF system.

/s/ Manuel H. Newburger
Manuel H. Newburger

**Service List:**

Pamela A. Car
CAR, REINBRECHT LAW FIRM
2120 South 72nd Street
Suite 1125, The Omaha Tower
Omaha, NE 68124
(402) 391-8484
Fax: (402) 391-1103
Email: pacar@cox.net

William L. Reinbrecht
CAR, REINBRECHT LAW FIRM
2120 South 72nd Street
Suite 1125, The Omaha Tower
Omaha, NE 68124
(402) 391-8484
Fax: (402) 391-1103
Email: billr205@gmail.com