IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| AMANDA HYLAND, | § § § | |
| Plaintiff | § § | |
| vs. | § § | Case No. 8:20-cv-00380-SMB |
| CROWN ASSET MANAGEMENT LLC and RAUSCH, STURM, ISRAEL, ENERSON & HORNIK, LLP d/b/a RAUSCH STURM, | § § § § § | |
| Defendants | § § | |

**DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1**

The undersigned, as counsel of record for Defendants, furnishes the following information in accordance with FED. R. CIV. P. 7.1:

1. Crown Asset Management, LLC is a Georgia limited liability company. It is not publicly traded, and it is not owned by a publicly traded entity.

2. Rausch, Sturm, Israel, Enerson & Hornik, LLP is a Wisconsin limited liability partnership. It is not publicly traded, and it is not owned by a publicly traded entity.

Respectfully submitted,

/s/  **Manuel H. Newburger**
Manuel H. Newburger
Texas Bar No. 14946500
BARRON & NEWBURGER, P.C.
7320 N. MoPac Expy., Suite 400
Austin, Texas 78731
(512) 649-4022 [Telephone]
(512) 279-0310 [Facsimile]
mnewburger@bn-lawyers.com
**Attorney for Defendants**

## CERTIFICATE OF SERVICE

This is to certify that on the 17th day of October, 2020, a true copy of the above and foregoing *Disclosure Statement* was served on the persons on the Service List below through the Court's ECF system.

/s/ Manuel H. Newburger
Manuel H. Newburger

**Service List:**

Pamela A. Car
CAR, REINBRECHT LAW FIRM
2120 South 72nd Street
Suite 1125, The Omaha Tower
Omaha, NE 68124
(402) 391-8484
Fax: (402) 391-1103
Email: pacar@cox.net

William L. Reinbrecht
CAR, REINBRECHT LAW FIRM
2120 South 72nd Street
Suite 1125, The Omaha Tower
Omaha, NE 68124
(402) 391-8484
Fax: (402) 391-1103
Email: billr205@gmail.com