IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AMANDA HYLAND, § § Plaintiff § § vs. § § CROWN ASSET MANAGEMENT § LLC and RAUSCH, STURM, § ISRAEL, ENERSON & HORNIK, § LLP d/b/a RAUSCH STURM, § § Defendants § | Case No. 8:20-cv-00380-SMB |

## UNOPPOSED MOTION TO EXTEND ANSWER DATE

**TO THE JONORALE UNITED STATES DISTRICT COURT:**

Defendants Crown Asset Management, LLC and Rausch, Sturm, Israel, Enerson & Hornik, LLP move the court for a three-week extension of their answer date, and in support of such motion would respectfully show the following:

1. Prior to filing this motion Defendants' attorney conferred with Plaintiff's counsel, and Ms. Car agreed to the relief requested. Therefore, this motion is unopposed.

2. Good cause exists for the granting of this motion. The undersigned attorney was formally engaged to represent both of the defendants on October 12, 2020. Unfortunately, Defendants' attorney recently was injured while bicycling to work, resulting in a broken arm that required surgery. The post-operative recovery has left him trying to catch up on existing briefing deadlines and preparation for an arbitration

1

trial at the end of the month. The requested extension will allow Defendants' attorney time to satisfy his Rule 11 duties in preparing a response.

3. The current answer dates for Crown Asset Management is October 20, 2020, and the current answer date for Rausch Sturm is October 19, 2020. The proposed new answer date for both would be November 9, 2020.

WHEREFORE, PREMISES CONSIDERED, Defendants pray that the Court extend their answer date and allow them until November 9, 2020 to answer or otherwise respond to Plaintiff's Complaint. Defendants further pray for all such other relief as may be just and equitable.

Respectfully submitted,

/s/ **Manuel H. Newburger**
Manuel H. Newburger
Texas Bar No. 14946500
BARRON & NEWBURGER, P.C.
7320 N. MoPac Expy., Suite 400
Austin, Texas 78731
(512) 649-4022 [Telephone]
(512) 279-0310 [Facsimile]
mnewburger@bn-lawyers.com

**Attorney for Defendants**

**CERTIFICATE OF SERVICE**

This is to certify that on the 17th day of October, 2020, a true copy of the above and foregoing *Motion* was served on the persons on the Service List below through the Court's ECF system.

/s/ Manuel H. Newburger
Manuel H. Newburger

**Service List:**

Pamela A. Car
CAR, REINBRECHT LAW FIRM
2120 South 72nd Street
Suite 1125, The Omaha Tower
Omaha, NE 68124
(402) 391-8484
Fax: (402) 391-1103
Email: pacar@cox.net

William L. Reinbrecht
CAR, REINBRECHT LAW FIRM
2120 South 72nd Street
Suite 1125, The Omaha Tower
Omaha, NE 68124
(402) 391-8484
Fax: (402) 391-1103
Email: billr205@gmail.com