IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AMANDA HYLAND,<br><br>    Plaintiff<br><br>vs.<br><br>CROWN ASSET MANAGEMENT LLC and RAUSCH, STURM, ISRAEL, ENERSON & HORNIK, LLP d/b/a RAUSCH STURM,<br><br>    Defendants | Case No. 8:20-cv-00380-SMB |

**ORDER GRANTING EXTENSION OF ANSWER DATE**

Having considered the unopposed motion of Defendants Crown Asset Management, LLC and Rausch, Sturm, Israel, Enerson & Hornik, LLP for a three-week extension of their answer date, the Court finds that such motion should be, and is hereby granted.

IT IS THEREFORE ORDERED that Defendants shall answer or otherwise respond to Plaintiff's Complaint on or before November 9, 2020.

Signed this ____ day of October, 2020.

_____
Hon. Susan M. Bazis
United States Magistrate Judge