**<u>Exhibit A</u>**

February 26, 2019

AMANDA L HYLAND



Account Number Ending: 3348
Opened on: 2/10/2006
Last payment date of: 8/9/2017
Balance as of 02/26/19: $2,241.76

Dear AMANDA L HYLAND,

We are sending you notification that your First National Bank of Omaha credit card account was sold on 02/26/19 to:

Crown Asset Management, LLC
3100 Breckinridge Blvd. Suite 725
Duluth, GA 30096
(866) 696-4442

As the new owner of the account, Crown Asset Management, LLC is entitled to pursue the collection activities to collect the unpaid balances on your charged-off account, now due to Crown Asset Management, LLC. All future communications regarding this account will be initiated by Crown Asset Management, LLC and/or their collection servicers.

This is not a bill. Do not send payments to First National Bank of Omaha. In case you have already sent payment to First National Bank of Omaha, the payment will be forwarded to Crown Asset Management, LLC.

All questions regarding your account balance should now be directed to Crown Asset Management, LLC at the contact information listed above.

Sincerely,

*First Bankcard Recovery*

First National Bank of Omaha * PO Box 3437 * Omaha, NE 68172-9981