IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AMANDA HYLAND,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>CROWN ASSET MANAGEMENT, LLC, and RAUSCH, STURM, ISRAEL, EMERSON & HORNICK, LLP,<br><br>　　　　　Defendants. | 8:20CV380<br><br>SCHEDULING ORDER |

IT IS ORDERED:

1) The parties shall review the Nebraska magistrate judges' practices posted at the court's Civil Case Management website page.[1]

2) Counsel for the parties shall confer and, on or before **December 9, 2020**, they shall jointly file a Rule 26(f) Report, a copy of which can be found at http://www.ned.uscourts.gov/forms.[2] Unless the parties agree otherwise, Plaintiff(s) shall prepare the initial draft of the Report and then forward it to Defendant(s) for further additions or revisions.

3) On or before **December 2, 2020**, a party shall contact the chambers of the undersigned magistrate judge to set a conference call if:

   a. One or more of the parties believes a planning conference is needed to complete the Rule 26(f) Report; or

   b. The parties cannot agree on one or more of the deadlines identified or case progression issues raised in the Rule 26(f) Report; or

---

[1] (https://www.ned.uscourts.gov/attorney/judges-information/civil-case-management).

[2] See https://www.ned.uscourts.gov/forms. The parties are hereby notified or reminded that the Rule 26(f) Report for civil cases pending in the District of Nebraska has been substantially modified, with an effective date of January 1, 2019.

**DO NOT** use prior versions of this report.

At the civil bar's request, the court created a Rule 26 Report Calculator for generating proposed dates to complete the Rule 26(f) Report. This online tool was designed to offer insight on how cases are typically progressed in the District of Nebraska. It does not replace the need for counsel to decide what is reasonable and appropriate in a specific case.

    c.  The parties are currently and actively pursuing settlement and believe preparing and filing a Rule 26(f) Report may be unnecessary.

4)  Mandatory disclosures shall be served by **December 9, 2020**.

Dated this 9th day of November, 2020.

          BY THE COURT:

          s/ Susan M. Bazis
          United States Magistrate Judge