IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AMANDA HYLAND,<br><br>        Plaintiff,<br><br>vs.<br><br>CROWN ASSET MANAGEMENT, LLC, and RAUSCH, STURM, ISRAEL, EMERSON & HORNICK, LLP d/b/a Rausch Sturm,<br><br>        Defendants. | 8:20-CV-380<br><br>REASSIGNMENT ORDER |

A consent to exercise of jurisdiction by the United States Magistrate Judge has not been filed. *See* 28 U.S.C. § 636(c); NECivR 73.1(a). Accordingly, pursuant to NECivR 73.1(a),

IT IS ORDERED that this case is reassigned to District Judge Robert F. Rossiter, Jr. for disposition and remains assigned to Magistrate Judge Susan M. Bazis for judicial supervision.

Dated this 11th day of December, 2020.

                                            BY THE COURT:

                                            John M. Gerrard
                                            Chief United States District Judge