IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| AMANDA HYLAND, | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| vs. | § | |
| | § | Case No. 8:20-cv-00380-SMB |
| CROWN ASSET MANAGEMENT | § | |
| LLC and RAUSCH, STURM, | § | |
| ISRAEL, ENERSON & HORNIK, | § | |
| LLP d/b/a RAUSCH STURM, | § | |
| | § | |
| Defendants | § | |

## STIPULATION TO DISMISSAL

**TO THE HONORABLE UNITED STATES DISTRICT COURT:**

Through their undersigned counsel Plaintiff and Defendant hereby stipulate to the dismissal of the above-entitled and numbered action, with prejudice.

Respectfully submitted,

/s/ Manuel H. Newburger
Manuel H. Newburger
Texas Bar No. 14946500
BARRON & NEWBURGER, P.C.
7320 N. MoPac Expy., Suite 400
Austin, Texas 78731
(512) 649-4022 [Telephone]
(512) 279-0310 [Facsimile]
mnewburger@bn-lawyers.com

Attorney for Defendants

/s/ Pamela A. Car
Pamela A. Car
CAR, REINBRECHT LAW FIRM
2120 South 72nd Street
Suite 1125, The Omaha Tower
Omaha, NE 68124
(402) 391-8484
Fax: (402) 391-1103
pacar@cox.net

Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 21, 2021, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system, which will send notification of such filing to the following:

Manuel H. Newburger

And I certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

NONE

By: */s/ Pamela A. Car*